# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  ANDERSON, III, ROBERT L. | 2. Court or Organization  11TH CIR. COURT OF APPEALS | 3. Date of Report  4/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  56 Forsyth Street, N.W. Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | |
| 3. | |

**Anderson, III, Robert L.**

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ | NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ | NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ | NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 3. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 5. Exxon (common) | A | Dividend | K | T | | | | | |
| 6. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 7. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |
| 8. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | L | T | | | | | |
| 9. TIAA-CREF | C | Dividend | L | T | | | | | |
| 10. House and lot, Bibb County, GA | D | Rent | M | W | | | | | |
| 11. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 12. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 13. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 14. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 15. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 16. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 17. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 19. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 20. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 21. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 22. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 23. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 24. The Phoenix Co. | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 25. The Phoenix Co. (whole life) | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 26. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 27. SunTrust Bank - money market | A | Interest | L | T | | | | | |
| 28. RLA/Chas Schwab Cust-IRA rollover | | | | | | | | | See Part VIII |
| 29. DFA U.S. Large Cap Value | A | Dividend | | | Sold | 06/01/10 | K | A | |
| 30. Vanguard Growth | A | Dividend | | | Sold | 02/05/10 | K | A | |
| 31. DFA Two Year Global | A | Dividend | K | T | | | | | |
| 32. Harbor Bond Fund | B | Dividend | | | Sold | 03/05/10 | K | A | |
| 33. Pimco Total Return Fund | A | Dividend | | | Sold | 12/02/10 | K | A | |
| 34. Schwab S&P 500 Index Fund | B | Dividend | L | T | Sold (part) | 06/01/10 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard GNMA Fund | A | Dividend | | | Sold | 10/25/10 | K | B | |
| 36. Sch Muni Money Fund | A | Interest | J | T | | | | | |
| 37. Pemco Commodity Real Fund (PCRDX) | A | Dividend | J | T | Sold (part) | 06/01/10 | K | A | |
| 38. Vanguard Bond Index Fund (BSV) | A | Dividend | K | T | Sold (part) | 03/05/10 | K | A | |
| 39. Schwab GNMA Fund (SWGSX) | B | Dividend | | | Buy | 02/12/10 | M | | |
| 40. Schwab GNMA Fund (SWGSX) | B | Dividend | | | Sold | 09/20/10 | M | A | |
| 41. Husman Strategic Growth (HSGFX) | A | Dividend | | | Buy | 08/19/10 | K | | |
| 42. Husman Strategic Growth (HSGFX) | A | Dividend | | | Sold | 12/13/10 | K | | |
| 43. Vanguard REIT (VNQ) | | None | | | Buy | 06/17/10 | J | | |
| 44. Vanguard REIT (VNQ) | | None | | | Sold | 06/30/10 | J | A | |
| 45. Vanguard Value (VTV) | A | Dividend | | | Buy | 02/12/10 | K | | |
| 46. Vanguard Value (VTV) | A | Dividend | | | Sold | 06/08/10 | K | A | |
| 47. IShares TV MSCI EAFE Fund (EFA) | A | Dividend | K | T | Buy | 09/20/10 | K | | |
| 48. IShares TR MSCI EAFE Fund (EFA) | A | Dividend | K | T | Sold (part) | 12/13/10 | J | A | |
| 49. Powersha QQQ TR Ser 1 (QQQQ) | A | Dividend | J | T | Buy | 03/05/10 | K | | |
| 50. Powersha QQQ TR Ser 1 (QQQQ) | A | Dividend | J | T | Sold (part) | 06/01/10 | K | A | |
| 51. Vanguard Small Cap (VB) | A | Dividend | K | T | Buy | 02/12/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Small Cap (VB) | A | Dividend | K | T | Sold (part) | 06/30/10 | K | A | |
| 53. Goldman Sachs Strategic & Inc. Fund (GSZIX) | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 54. Pemco Unconstrained Bond Fund | A | Dividend | J | T | Buy | 12/06/10 | J | | |
| 55. SPDR Gold TR (GLD) | A | Dividend | K | T | Buy | 10/01/10 | K | | |
| 56. IShares TR Barclay's Tips (TIP) | A | Dividend | J | T | Buy | 07/14/10 | J | | |
| 57. RLA Schwab Individual Account | | | | | | | | | See Park VIII |
| 58. Schwab GNMA Fund (SWGSX | A | Dividend | | | Sold | 04/01/10 | M | A | |
| 59. SPDR S&P Int'l Small Cap Fund (GWX) | A | Dividend | | | Sold | 02/01/10 | L | D | |
| 60. Vanguard Emerging Mkt Fund (VWO) | A | Dividend | | | Sold | 02/01/10 | K | A | |
| 61. IShares TR MSCI EAFE Fund (EFA) | A | Dividend | | | Buy | 04/13/10 | J | | |
| 62. IShares TR MSCI EAFE Fund (EFA) | A | Dividend | | | Sold | 05/24/10 | J | A | |
| 63. PIMCO Total Return Fund (PTTOX) | A | Dividend | | | Buy | 04/05/10 | K | | |
| 64. PIMCO Total Return Fund (PTTOX) | A | Dividend | | | Sold | 10/01/10 | K | B | |
| 65. Vanguard REIT (VNQ) | | None | | | Buy | 06/17/10 | J | | |
| 66. Vanguard REIT (VNQ) | | None | | | Sold | 06/30/10 | J | A | |
| 67. Sch Muni Money Fund (SWXXX) | A | Dividend | K | T | Buy | 03/01/10 | K | | |
| 68. IShares DJ Select Div. Fund (DVY) | A | Dividend | K | T | Buy | 10/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IShares TR Barclay's Bond (CSJ) | A | Dividend | J | T | Buy | 04/05/10 | J | | |
| 70. Powershs QQQ-TR Ser 1 (QQQQ) | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 71. Vanguard Small Cap Value (VBR) | A | Dividend | K | T | Buy | 10/25/10 | K | | |
| 72. Vanguard Value | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 28, is simply a heading to disclose that the following items (lines 29 through 56) that describe holdings or transactions in the IRA during 2009.

Part VII. line 57 is simply a heading to disclose that the following items (lines 58 through 72) describe holdings or transations in the RLA Schwab individual account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ROBERT L. ANDERSON, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544